UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO CERVANTES, et al.,<br>Plaintiffs,<br>v.<br>WEST END 3199 REO LLC, et al.,<br>Defendants. | Case No. 17-cv-06100-VKD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

Being informed that this matter has settled, the Court orders as follows:

By **November 29, 2019**, the parties shall advise whether the December 10, 2019 hearing on Smith, Gambrell & Russell, LLP's pending motion to withdraw (Dkt. No. 177) may be vacated or continued.

On or before **January 13, 2020**, a dismissal shall be filed pursuant to Fed. R. Civ. P. 41(a)(1). Rule 41(a)(1) permits a plaintiff to voluntarily dismiss a case without a court order (i) by notice if the defendant has not filed an answer or motion for summary judgment, or (ii) by stipulation signed by all parties who have appeared. Because defendants answered the complaint (Dkt. Nos. 154, 155), plaintiffs may not voluntarily dismiss this case absent a stipulation also signed by defendants or an order from the Court.

If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **January 21, 2020**, **10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **January 17, 2020** advising as to (1) the status of their activities

in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: November 21, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge